AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 8:25MJ553 |
|  | ) |
|  | ) **SEALED** |
| JESSE L. DURAND | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 13, 2025, in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Kruse, TFO, ATF
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/7/2025

*Judge's signature*

City and state: Omaha, Nebraska         RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

## AFFIDAVIT FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, **Adam Kruse,** being first duly sworn, hereby depose and state as follows:

1. I, Adam Kruse, being duly sworn, state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the U.S. Department of Justice for approximately 8 years. I am currently a certified Omaha Police Officer for the Omaha, Nebraska Police Department and have been for over 16 years. I am assigned to the Omaha Police Narcotics Unit Firearms Squad.

2. I graduated the Omaha Police Department Academy and a certified Nebraska Police Officer in December of 2008. My duties as a police investigator include writing and executing numerous search and arrest warrants for narcotics and weapons violations, which resulted in felony arrests and federal indictments.

3. Affiant is familiar with the facts and circumstances described herein and makes this affidavit based upon personal knowledge derived from Affiant's participation in this investigation, conclusions he has reached based upon his training and experience, discussions with other law enforcement personnel familiar with this investigation, and upon information he believes to be reliable from the following sources. Unless otherwise noted, wherever in this affidavit Affiant asserts that a statement was made, the information was provided by a special agent, another law enforcement officer, confidential source, or a source of information (who may have had either direct or hearsay knowledge of the statement) to whom Affiant has spoken or whose reports or statements Affiant has read.

4.      The facts in this affidavit come from my personal observations, my training and experience as a Law Enforcement Officer, and upon the investigation and review of pertinent reports and evidence collected to date. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a criminal complaint and arrest warrant against Jesse L. Durand, date of birth (DOB) XX-XX-1965 ("Durand"). Affiant has probable cause to believe that Durand violated federal law on or about September 13, 2025, in that he violated 18 U.S.C. § 922(g)(1) by being a felon in possession of a firearm. This affidavit establishes probable cause of Durand's commission of this federal offense.

5.      On September 13, 2025, at approximately 6:40 p.m., Omaha Police Officers ("OPD") Grasmick and Wynn were alerted by an automatic license plate reader regarding a stolen vehicle. The license plate that was read was Nebraska AEZ309 and was registered to a 1997 Honda Accord. Officer Grasmick confirmed the license plate that was read was correct and on a red Honda Accord. After confirming that the license plate read was correct, officers surveilled the vehicle traveling in Omaha. The vehicle eventually parked in front of 6118 Military Avenue, Omaha, Nebraska. A police cruiser activated its lights and stopped behind the Honda. Officers observed that Durand was the driver and sole occupant of the vehicle.

6.      Durand exited the Honda and began walking away from it. Officers commanded him to show his hands. Durand stopped walking and showed his hands. Durand was advised that he was being detained because the vehicle was stolen. Durand advised officer Wynn that he knew the vehicle was stolen. After being *Mirandized*, Durand advised again that he knew the vehicle was stolen and made other comments regarding the vehicle.

7.      When officer Wynn searched Durand incident to arrest, he located a clear baggie in his chest pocket containing a crystal like substance which tested positive for

methamphetamine. The total weight of the substance was approximately 2.02 grams in packaging.

8.  During a search of the Honda Accord which Durand had been driving, officer Grasmick located a tightly wrapped plastic grocery bag on the front passenger seat. Upon opening the grocery bag, officer Grasmick observed a second grocery bag tightly wrapped inside the outer bag. Upon opening the second grocery bag, officer Grasmick observed what appeared to be a gray piece of clothing tightly wrapped up. Upon opening the gray cloth, officer Grasmick observed a firearm. The firearm was a Hy Hunter Frontier Six-Shooter .22 revolver, with a possible serial number of 11076 ("the Firearm"). Durand was arrested and taken to Douglas County Detention Center in Omaha, Nebraska.

9.  On October 2, 2025, Affiant monitored video visits from Douglas County Corrections for Durand. Affiant reviewed Durand's video visit from September 25, 2025, at approximately 12:00 p.m., when Durand spoke with Female 1. The following colloquy occurred during the video recorded conversation:[1]

- DURAND: I'm not gonna be in here very long, you know what I mean?

- Female 1: You don't think so? Because I feel like, I was thinking you're gonna do a lot of prison time, like a long time, like years.

- DURAND: No, No. I ain't been in trouble in years. And [expletive], [expletive] a gun with no bullets, a old Western style, if it is a [expletive] real gun it's a big old [expletive], just a stupid looking Western style pistol, you know a single shot pistol.

- Female 1: A single shot pistol. Whose gun is it?

---

[1] The following colloquy is based off Affiant's review of the video recorded conversation and does not come from an official transcript.

- DURAND: I don't know.

- Female 1: Did you even know it was in there?

- DURAND: It's not stolen, no bullets. No bullets or nothing.

- Female 1: Did you know that it was in the car?

- DURAND: Yeah. Yeah that's all they can get me for, I talked to this guy and he said they're gonna end up dropping it down to attempted possession. On attempt you know what I mean?

10. ATF Special Agent Joe Miller, who is an interstate nexus expert, examined the Firearm and determined it was manufactured outside of Nebraska.

11. Durand has previously been convicted of felony offenses punishable by greater than one year of imprisonment, specifically:

- On or about February 20, 2009, in the District Court of Douglas County, Nebraska, in Docket No. 175865, Durand was sentenced for Robbery, a Class II Felony.

- On or about May 25, 2004, in Docket No. 159097, in the District Court of Douglas County, Nebraska, Durand was convicted of conspiracy to commit a Class III Felony.

12. On or about October 5, 2025, Durand was released from Douglas County Detention Center on state charges relating to this matter. Affiant requests that this criminal complaint and affidavit be filed under seal to ensure the safety of the officers in executing the arrest and to ensure Durand does not flee from custody.

_____
Task Force Officer
Adam Kruse
Omaha Police Department
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this 7th day October, 2025.

_____
RYAN C. CARSON
United States Magistrate Judge
District of Nebraska